# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALLY FINANCIAL, INC.

VERSUS

GEORGE C. HOFMEISTER, JR.

NO.  2022 CW 0334

JUNE 6, 2022

---

In Re:   George  C.  Hofmeister,  Jr.,  applying  for  supervisory writs,  19th  Judicial  District  Court,  Parish  of  East Baton Rouge, No. 647,111.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** Once a judgment with appropriate decretal language  is  issued  by  the  district  court,  such  a  ruling  will represent  a  final,  appealable  judgment.  See  La.  Code  Civ.  P. arts.  1841,  1915(A)(1),  &  2083;  see also  **Everything  on  Wheels Subaru,  Inc.  v.  Subaru  South,  Inc.,**  616  So.2d  1234,  1239  (La. 1993).

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

*a.S~()*

DEPUTY CLERK OF COURT
FOR THE COURT